UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers

    v.                                   Case No. 09-cv-092

Richard Gerry, Warden
New Hampshire State Prison


Randolph L. Chambers

    v.                                   Case No. 09-cv-093

Richard Gerry, Warden
New Hampshire State Prison


### O R D E R

By order dated March 12, 2009, the court ordered the *in forma pauperis* order entered in *Chambers v. NH State Prison*, 08-cv-442-JL, to apply with equal force in the above-captioned cases. That *in forma pauperis* order is amended as follows: the sum of $13.00 is due in each case no later than April 20, 2009. The remainder of that order shall remain in full force and effect.

    SO ORDERED.

                                            James R. Muirhead
                                            United States Magistrate Judge

Date: 3/17/09

cc:    Randolf L. Chambers, pro se
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts